**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 19-10781-TPA |
| | ) | |
| Daniel G. Rogers, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | RELATED TO DOCKET NO. 30 |
| | ) | |
| First National Bank of Pennsylvania, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Daniel G. Rogers, Debtor; and Ronda J. Winnecour, Trustee; | ) | |
| | ) | |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

      I certify under penalty of perjury that I have served the above captioned pleadings on the parties at the addresses specified below or on the attached list on   September 12   , 20 19 .

      The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was Either First Class Mail and/or Electronic Notification.

**SERVICE BY FIRST CLASS MAIL**
Daniel G. Rogers, Debtor
4034 Warsaw Avenue
Erie, PA  16504

**SERVICE BY ELECTRONIC NOTIFICATION**
Rebeka Seelinger, Debtor
464 Wolf Road
Erie, PA  16505
E-mail:  rebeka@seelingerlaw.com

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219
E-mail:  cmecf@chapter13trusteewdpa.com

U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222
E-mail:  ustpregion03.pi.ecf@usdoj.gov

Dated:   09/12/2019                       By:       /s/ David W. Raphael
                                                                                        David W. Raphael, Esquire
PA ID No. 200598
Attorney for First National Bank of
   Pennsylvania
One Gateway Center, 9th Floor
Pittsburgh, PA  15222
412-281-7650
Fax:  412-281-7657
E-mail:  draphael@grenenbirsic.com