FILED
9/10/19 12:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. 19-10781-TPA |
| Daniel G. Rogers, | CHAPTER 13 |
| Debtor. | HEARING DATE & TIME: September 25, 2019 @ 10:00 a.m. |
| First National Bank of Pennsylvania, | Related to Document No. 24 |
| Movant, | |
| vs. | |
| Daniel G Rogers, Debtor; and Ronda J. Winnecour, Trustee; | |
| Respondents. | |

### ORDER OF COURT

AND NOW, this ___10th___ day of ___September___, 20_19_, upon consideration of the Motion for Relief from the Automatic Stay filed on behalf of First National Bank of Pennsylvania ("Movant"), it is hereby ORDERED, ADJUDGED, and DECREED that the automatic stay is unconditionally and immediately terminated as it affects the interests of Movant in the motor vehicle known as a Year 2016 Acura TL, VIN No. 19UUA9F57CA005217.

It is further ORDERED, ADJUDGED, and DECREED that this grant of relief from stay shall remain in full force and effect, notwithstanding any dismissal or subsequent conversion of this case to another chapter.

BY THE COURT:

_____
Thomas P. Agresti    jlm
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-10781-TPA
Daniel G. Rogers                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: bsil                 Page 1 of 1              Date Rcvd: Sep 10, 2019
                               Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
db             +Daniel G. Rogers,    4034 Warsaw Avenue,    Erie, PA 16504-2546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com, mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka Seelinger    on behalf of Debtor Daniel G. Rogers rebeka@seelingerlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5