Case 19-10781-TPA    Doc 37    Filed 02/12/20    Entered 02/12/20 10:38:44    Desc Main
Document      Page 1 of 1

FILED
2/12/20 10:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

Debtor: Daniel G. Rogers

Case Number: 19-10781-TPA         (Chapter 13)
Date / Time / Room: 02/11/2020 02:00 pm / Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:** #13 - Final Confirmation of Plan dated 8/3/19 (NFC)

**Appearances:**

Debtor: *Bedford for Seelinger*
Trustee: Winnecour / Katz / Pail / DeSimone
Creditor: *Con lt for plan review*

**Proceedings:**

Recommended Outcome:

1. ___  Case Converted to Chapter 7
2. ___  Case Converted to Chapter 11
3. ___  Case Dismissed without Prejudice
4. ___  Case Dismissed with Prejudice
5. ___  Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. ___  The plan payment/term is increased/extended to _____, effective
7. ✓    Plan/Motion continued to  5/5/20  at  2:00 pm
8. ___  An Amended Plan is to be served on all creditors and certificate of service filed by
        Objections are due on or before _____.
        A hearing on the Amended is set for _____ at _____.
9. ___  Other:

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: