FILED
3/5/20 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-10781(TPA) |
| | : | |
| DANIEL G. ROGERS, | : | CHAPTER 13 |
| | : | |
| Debtor. | : | |
| _____ | : | Hearing Date & Time: |
| TENDTO CREDIT UNION, f/k/a ERIE COMMUNITY CREDIT UNION, | : | April 1, 2020 at 10:30 a.m. |
| | : | |
| Movant, | : | Rel to Doc No. 38 |
| | : | |
| | : | Response Date: |
| v. | : | March 23, 2020 |
| | : | |
| DANIEL G. ROGERS and RONDA J. WINNECOUR, as Chapter 13 Trustee, | : | |
| | : | |
| Respondents. | : | JUDGE AGRESTI |

## ORDER GRANTING CONSENT MOTION FOR RELIEF FROM STAY

Upon consideration of the *Consent Motion for Relief from Stay* filed by Tendto Credit Union, f/k/a Erie Community Credit Union (the "Credit Union") and consented to by Daniel G. Rogers (the "Debtor") and Ronda J. Winnecour, as chapter 13 trustee (the "Trustee"), and for just cause shown, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The automatic stay hereby is terminated as it affects the interest of the Debtor and his estate in the 2013 Rockwood 2907SS (VIN 4X4TRLE29DD120841) (the "Camper");

2. The Credit Union may exercise any and all of its state law rights with respect to the Camper including, but not limited to, repossession and sale;

3. The Credit Union shall file a proof of claim for any deficiency within sixty days after the sale of the Camper;

4. The Debtor shall immediately make the Camper available for repossession by the Credit Union; and

5. The fourteen day stay set forth in Fed. R. Bankr. P. 4001(a)(3) is hereby waived, and the relief granted in this Order is effective immediately.

IT IS SO ORDERED, this 5th day of      March      , 2020.

THOMAS P. AGRESTI, JUDGE ljm
UNITED STATES BANKRUPTCY COURT

- 2 -

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Daniel G. Rogers  
     Debtor

Case No. 19-10781-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: bsil    Page 1 of 1    Date Rcvd: Mar 05, 2020  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.
db        +Daniel G. Rogers,   4034 Warsaw Avenue,   Erie, PA 16504-2546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2020 at the address(es) listed below:
           David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
            draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
           James Warmbrodt    on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
           Nicholas R. Pagliari    on behalf of Creditor    Tendto Credit Union, f/k/a Erie Community Credit Union npagliari@mijb.com,   sburick@mijb.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Rebeka Seelinger    on behalf of Debtor Daniel G. Rogers rebeka@seelingerlaw.com
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                       TOTAL: 6