UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                Bankr. Case No. 19-10781-TPA-13

Daniel G. Rogers                                                            Chapter 13

     Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Americredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                   Bankr. Case No. 19-10781-TPA-13

Daniel G. Rogers                                      Chapter 13

       Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 11, 2020 :

    REBEKA SEELINGER                                Ronda Winnecour
    4640 WOLF RD                                         600 Grant Street
    ERIE, PA  16505                                   Suite 3250 USX Tower
                                                             Pittsburgh, PA 15219

                                                             By  /s/ Mandy Youngblood
                                                                     Mandy Youngblood

xxxxx97605 / 996731