UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 19-10781 TPA |
| Daniel G. Rogers | : Chapter 13 |
| Debtor | : |
| | |
| Daniel G. Rogers, | : |
| Movant | : |
| vs. | : Document No. |
| Ronda J. Winnecour, Esquire | : |
| Chapter 13 Trustee | : |
| Respondent | : |

NOTICE OF CONVERSION TO CHAPTER 7

The debtor, Daniel G. Rogers, by his undersigned counsel, respectfully represents the following:

1. The debtor commenced this case on July 31, 2019 by filing a voluntary petition under Chapter 13 of the Bankruptcy Code.
2. This case has not previously been converted to another chapter.
3. The Debtor hereby gives Notice that he is converting his case to a case under Chapter 7 of the Bankruptcy Code.

WHEREFORE, the debtor requests that your Honorable Court enter an order converting this case to a Chapter 7 bankruptcy case.

Date: <u>July 22, 2020</u>         /s/ Rebeka A. Seelinger_____
Rebeka A. Seelinger, Esq. PA I.D. 93897
Seelinger Law Corporation
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
rebeka@seelingerlaw.com
Counsel for Debtor