UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>   Daniel G. Rogers<br>      Debtor | :<br>:<br>: | Bankruptcy No. 19-10781 TPA |
| Daniel G. Rogers<br>Movant<br><br>    v.<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>Respondent | :<br>:<br>:<br>:<br>:<br>:<br>: | Document No. |

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2020, I served, or caused to be served, true and correct copies of the debtor's Amended Schedules I and J, by First Class United States mail or electronic service as indicated below, on the following:

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

By First Class Mail:
AmeriCredit
801 Cherry Street
Fort Worth, TX 76102

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One/Furniture Row
Attn Bankrutpcy
PO Box 30285
Salt Lake City, UT 84130

First National Bank
Attn: Bankruptcy
4140 East State Street
Hermitage, PA 16148

Focus Receivables
Attn: Bankruptcy
1130 Northchase Parkway Ste 150
Marietta, GA 30067

KML Law Group PC
701 Market Street Suite 5000
Philadelphia, PA 19106

Midland Credit Management
350 Camino Dr La Reina Suite 100
San Diego, CA 92108

Pennymac Loan Services
Correspondence Unit/Bankruptcy
Po Box 514387
Los Angeles, CA 90051

Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502

Tendto Credit Union
1129 State St
Erie, PA 16501

Dated: July 23, 2020                By: /s/ Rebeka A. Seelinger
                                                        Rebeka A. Seelinger, Esquire
                                                        4640 Wolf Rd
                                                        Erie PA 16505
                                                        (814) 824 6670
                                                        rebeka@seelingerlaw.com
                                                        PA ID # 93897