UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (ERIE DIVISION)

| | |
|---|---|
| In re: | : Case No. 19-10781 TPA |
| Daniel G. Rogers | : Chapter 7 |
| Debtor | : |
| | : |
| Daniel G. Rogers, | : |
| Movant | : |
| vs. | : Document No. |
| No Respondent | : |

### REPORT PURSUANT TO ORDER CONVERTING CASE

The Debtor, Daniel G. Rogers, by his undersigned attorney, respectfully represents the following:

1. The debtor has no unpaid debts incurred between the filing of his bankruptcy petition and the date of conversion of his case to chapter 7, and he does not own any property acquired after the commencement of the bankruptcy case and prior to the conversion to chapter 7.
2. The debtor has filed all statements and schedules required by Bankruptcy Rules 1019(1)(A) & 1007(b).
3. On July 24, 2020, the debtor filed a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. §521(a)(2), Bankruptcy Rule 1019(1)(B).
4. The debtor has not entered into any new executory contracts since the filing of his bankruptcy petition.

EXECUTED ON: July 24, 2020            By: /s/ Rebeka A. Seelinger Esquire

                                                              SEELINGER LAW
                                                              Attorney for Debtor
                                                              PA ID #93897
                                                              4640 Wolf Road
                                                              Erie, PA 16505
                                                              (814) 824-6670
                                                              rebeka@seelingerlaw.com