**Form 132**

| | UNITED STATES BANKRUPTCY COURT | 52 |
|---|---|---|
| | WESTERN DISTRICT OF PENNSYLVANIA | mgut |

In re:                                                                   Bankruptcy Case No.: 19–10781–TPA

Chapter: 7

**Daniel G. Rogers**
   Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

   John C. Melaragno, Trustee is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 7/23/20                                                                                  **Andrew R. Vara**
                                                                                                                United States Trustee

                                                                                                                **Joseph S. Sisca**
                                                                                                                Assistant United States Trustee
                                                                                                                Western District of Pennsylvania

---

I John C. Melaragno, Trustee, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                                                               John C. Melaragno, Trustee

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 19-10781-TPA
Daniel G. Rogers                                                Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1        User: mgut              Page 1 of 1          Date Rcvd: Jul 23, 2020
                            Form ID: 132            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              E-mail/Text: john.melaragno@txitrustee.com Jul 24 2020 03:54:46     John C. Melaragno, Trustee,
                  502 West 7th Street.,   Erie, PA   16502
                                                                                            TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
```

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               raphaeld@fnb-corp.com
              James Warmbrodt    on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
              John C. Melaragno, Trustee    johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@titlexi.com
              Nicholas R. Pagliari    on behalf of Creditor    Tendto Credit Union, f/k/a Erie Community Credit
               Union npagliari@mijb.com,    sburick@mijb.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka  Seelinger    on behalf of Debtor Daniel G. Rogers rebeka@seelingerlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 7