| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Daniel G. Rogers** | Social Security number or ITIN | **xxx–xx–2633** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **7/31/19** |
| Case number: | **19–10781–TPA** | Date case converted to chapter **7** | **7/23/20** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Daniel G. Rogers | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4034 Warsaw Avenue<br>Erie, PA 16504 | |
| 4. | **Debtor's attorney**<br>Name and address | Rebeka Seelinger<br>4640 Wolf Road<br>Erie, PA 16505 | Contact phone 814–824–6670<br>Email: rebeka@seelingerlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John C. Melaragno, Trustee<br>502 West 7th Street.<br>Erie, PA 16502 | Contact phone 814–459–5557<br>Email: johnm@mplegal.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 7/23/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 18, 2020 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**          **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/17/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/1/20**<br><br>**Filing deadline: _____** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

                          Certificate of Notice    Page 3 of 4

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                     Case No. 19-10781-TPA
Daniel G. Rogers                                                           Chapter 7
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0315-1           User: mgut                 Page 1 of 2                  Date Rcvd: Jul 23, 2020
                               Form ID: 309B              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2020.
db            +Daniel G. Rogers,    4034 Warsaw Avenue,    Erie, PA 16504-2546
aty           +David W. Raphael,    First National Bank,    100 Federal Street - 4th Floor,
                Pittsburgh, PA 15212-5711
aty           +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
aty            Nicholas R. Pagliari,    MacDonald, Illig, Jones & Britton LLP,    100 State Street, Suite 700,
                Erie, PA 16507-1459
cr            +Tendto Credit Union, f/k/a Erie Community Credit U,    1915 East 36th Street,
                Erie, PA 16510-2663
15098090      +Captial One/Furniture Row,    Attn Bankrutpcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
15120477      +Erie Federal Credit Union,    3503 Peach St.,   Erie, PA 16508-2741
15098092     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
              (address filed with court: Focus Receivables,     Attn: Bankruptcy,
                1130 Northchase Parkway Ste 150,    Marietta, GA 30067)
15098091      +First National Bank,    Attn: Bankruptcy,   4140 East State Street,    Hermitage, PA 16148-3401
15107072      +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
15107073       First National Bank of Pennsylvania,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
                One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
15099161      +KML Law Group P.C.,    701 Market Street Suite 5000,    Philadelphia PA 19106-1541
15098093      +Midland Credit Management,    350 Camino Dr La Reina Suite 100,    San Diego, CA 92108-3007
15133457      +Midland Credit Management, Inc.,    PO Box 2037,   Warren, MI 48090-2037
15137244      +PennyMac Loan Services, LLC,    P.O. Box 2410,   Moorpark, CA 93020-2410
15098094      +Pennymac Loan Services,    Correspondence Unit/Bankruptcy,    Po Box 514387,
                Los Angeles, CA 90051-4387
15098096      +Tendto Credit Union,    1129 State St,   Erie, PA 16501-1911
15105190      +Tendto Credit Union,,    f/k/a Erie Community Credit Union,
                c/o Carol F. Layton, Payment Solutions M,    1915 East 36th Street,    Erie, PA 16510-2663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: rebeka@seelingerlaw.com Jul 24 2020 03:54:38      Rebeka Seelinger,
                4640 Wolf Road,    Erie, PA 16505
tr             E-mail/Text: john.melaragno@txitrustee.com Jul 24 2020 03:54:47      John C. Melaragno, Trustee,
                502 West 7th Street.,    Erie, PA  16502
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2020 03:55:21
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2020 03:55:21      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 24 2020 03:55:24
                Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
cr            +EDI: PHINAMERI.COM Jul 24 2020 07:38:00      Americredit Financial Services, Inc. Dba GM Finan,
                Dba GM Financial,    P.O Box 183853,    Arlington, TX 76096-3853
cr            +EDI: PRA.COM Jul 24 2020 07:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
15098088       EDI: PHINAMERI.COM Jul 24 2020 07:38:00      AmeriCredit,    801 Cherry Street,
                Fort Worth, TX 76102
15127294       EDI: PHINAMERI.COM Jul 24 2020 07:38:00      Americredit Financial Services, Inc.,
                Dba GM Financial,    P.O Box 183853,    Arlington, TX 76096
15098089      +EDI: CAPITALONE.COM Jul 24 2020 07:38:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
15119969       EDI: CAPITALONE.COM Jul 24 2020 07:38:00      Capital One Bank (USA), N.A.,
                by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
15131995       EDI: DIRECTV.COM Jul 24 2020 07:38:00      Directv, LLC,    by American InfoSource as agent,
                PO Box 5008,    Carol Stream, IL  60197-5008
15098095      +EDI: PRA.COM Jul 24 2020 07:38:00      Portfolio Recovery,    Attn: Bankruptcy,
                120 Corporate Blvd,    Norfolk, VA 23502
15133578       EDI: PRA.COM Jul 24 2020 07:38:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
15098289      +EDI: RMSC.COM Jul 24 2020 07:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Pennymac Loan Services, LLC
cr*           +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
15098097*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit,     801 Cherry Street,    Fort Worth, TX 76102)
15098098*     +Capital One,    Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
15098099*     +Captial One/Furniture Row,    Attn Bankrutpcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
15098101*    ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
              (address filed with court: Focus Receivables,     Attn: Bankruptcy,
                1130 Northchase Parkway Ste 150,    Marietta, GA 30067)
```

```
District/off: 0315-1           User: mgut                   Page 2 of 2                  Date Rcvd: Jul 23, 2020
                               Form ID: 309B                Total Noticed: 33


              ***** BYPASSED RECIPIENTS (continued) *****
15098100*        +First National Bank,    Attn: Bankruptcy,    4140 East State Street,    Hermitage, PA 16148-3401
15098102*        +Midland Credit Management,     350 Camino Dr La Reina Suite 100,    San Diego, CA 92108-3007
15133458*        +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
15098104*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                  Norfolk, VA 23502)
15098103*        +Pennymac Loan Services,    Correspondence Unit/Bankruptcy,    Po Box 514387,
                  Los Angeles, CA 90051-4387
15098105*        +Tendto Credit Union,    1129 State St,    Erie, PA 16501-1911
                                                                                             TOTALS: 1, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2020 at the address(es) listed below:
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               raphaeld@fnb-corp.com
              James Warmbrodt     on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
              John C. Melaragno, Trustee    johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.a
               lert+Melaragno@titlexi.com
              Nicholas R. Pagliari    on behalf of Creditor    Tendto Credit Union, f/k/a Erie Community Credit
               Union npagliari@mijb.com,    sburick@mijb.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka Seelinger    on behalf of Debtor Daniel G. Rogers rebeka@seelingerlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```