**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DANIEL G ROGERS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-10781 TPA<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 07/31/2019 and confirmed on 09/25/2019. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 18,915.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 18,910.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,780.25 | |
|   Trustee Fee | 876.40 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,656.65 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 9,353.97 | 0.00 | 9,353.97 |
|     Acct: 8282 | | | | |
|   TENDTO CREDIT UNION | 1,125.59 | 1,125.59 | 0.00 | 1,125.59 |
|     Acct: 7242 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 9,334.92 | 0.00 | 0.00 | 0.00 |
|     Acct: 8282 | | | | |
|   AMERICREDIT FNCL SVCS INC* | 0.00 | 5,773.79 | 0.00 | 5,773.79 |
|     Acct: 7605 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0516 | | | | |
| | | | | 16,253.35 |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL G ROGERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| REBEKA A SEELINGER ESQ | 3,500.00 | 1,780.25 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL G ROGERS | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 476.50 | 0.00 | 0.00 | 0.00 |
| Acct: 6021 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURCE | 202.51 | 0.00 | 0.00 | 0.00 |
| Acct: 2844 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,638.27 | 0.00 | 0.00 | 0.00 |
| Acct: 6124 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,452.16 | 0.00 | 0.00 | 0.00 |
| Acct: 2866 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,894.47 | 0.00 | 0.00 | 0.00 |
| Acct: 7227 | | | | |
| ERIE FEDERAL CREDIT UNION(*) | 3,863.57 | 0.00 | 0.00 | 0.00 |
| Acct: 3189 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6124 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRENEN & BIRSIC PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 418.88 | 0.00 | 0.00 | 0.00 |
| Acct: 3762 | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                       16,253.35

TOTAL CLAIMED
PRIORITY            0.00
SECURED         10,460.51
UNSECURED       12.946.36

Date: 07/30/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com