FILED
11/12/20 3:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel G. Rogers<br>　　　　　　　　Debtor(s) | |
| PennyMac Loan Services, LLC,<br>its successors and/or assigns<br>　　　　　　　　Movant<br>　　v.<br>Daniel G. Rogers<br>　　　　　　　　Respondent(s)<br>　　and<br>John C. Melaragno, Trustee<br>　　　　　　　　Additional Respondent | BK. NO. 19-10781 TPA<br><br>CHAPTER 7<br><br>Rel to Doc 68 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　AND NOW, this 12th day of November, 2020, at Pittsburgh, upon Motion of PennyMac Loan Services, LLC, it is

　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 4034 Warsaw Avenue, Erie, PA 16504 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge

jm

Daniel G. Rogers
4034 Warsaw Avenue
Erie, PA 16504

Rebeka Seelinger
4640 Wolf Road
Erie, PA 16505
rebeka@seelingerlaw.com

John C. Melaragno
502 West 7th Street
Erie, PA 16502

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Daniel G. Rogers  
    Debtor(s)

Case No. 19-10781-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: bsil      Page 1 of 2  
Date Rcvd: Nov 12, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

**Recip ID**      **Recipient Name and Address**  
db      + Daniel G. Rogers, 4034 Warsaw Avenue, Erie, PA 16504-2546

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com

David W. Raphael  
     on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

John C. Melaragno, Trustee  
     on behalf of Trustee John C. Melaragno Trustee johnm@mplegal.com, jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@titlexi.com

John C. Melaragno, Trustee  
     johnm@mplegal.com jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@titlexi.com

Nicholas R. Pagliari

on behalf of Creditor Tendto Credit Union f/k/a Erie Community Credit Union npagliari@mijb.com, sburick@mijb.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
    on behalf of Debtor Daniel G. Rogers rebeka@seelingerlaw.com

TOTAL: 7